**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

**James Douglas Wolfe,**

Plaintiff,

v.

**City of North Charleston; Jerry Jellico,** individually and/or in his official capacity as an agent of the City of North Charleston; **Jennifer Butler,** individually and/or in his official capacity as an agent of the City of North Charleston; **Charles Benton,** individually and/or in his official capacity as an agent of the City of North Charleston, **Robert E. Stone**, individually and/or in his official capacity as an agent of the City of North Charleston;

Defendants.

No.: 2:19-cv-00902-BHH-BM

**Declaration of Eric Laquiere**

1. My name is Eric Laquiere. I am over the age of eighteen and competent to execute this declaration, which I make based on my own personal knowledge and recollection.
2. I was Plaintiff's trial counsel in the underlying criminal charges. I also was Plaintiff's counsel in this action prior to Mr. Luck.
3. I made the attached Motion for Disclosure and Production of Grand Jury Materials (Exhibit A) on January 30, 2018.
4. To the best of my recollection, Judge Markley Dennis stated that he would deny this motion on January 30, 2018 at a status conference held in his chambers. Judge Dennis did not issue a written order denying this motion.

5. Because the Motion for Disclosure and Production of Grand Jury Materials cited law relating to the state grand jury (as opposed to county grand juries), I withdrew this motion after the January 30, 2018 status conference. (Exhibit B – 01/30/18 email; Exhibit C - withdrawal).

6. On February 1, 2018, I filed the attached Supplemental Rule 5 Request (Exhibit D). The State refused to provide these materials. I did not have the opportunity to file a motion to compel relating to this request; as this case was designated for trial on the week of February 12, 2018; although the trial was not actually convened until March 19, 2018 due to court administration issues.

7. I have reviewed ECF Entry 63-2, and it is a true and accurate copy of Plaintiff's August 2016 indictments. I have attached to this declaration a true and accurate copy of Plaintiff's November 2017 indictment as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/25/20

Eric Laquiere

| STATE OF SOUTH CAROLINA<br>COUNTY OF CHARLESTON | ) IN THE COURT OF GENERAL SESSIONS<br>) FOR THE NINTH JUDICIAL CIRCUIT |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DOUGLAS WOLFE<br><br>Defendant. | ) CASE NO.: 2016A1010201318; 2016A102100298;<br>) & 2017GS1007405<br><br>**MOTION FOR DISCLOSURE AND PRODUCTION OF GRAND JURY MATERIALS** |

FILED
2018 JAN 30 AM 9:51
CLERK OF COURT

The Defendant, by and through his undersigned attorney, moves this Court pursuant to the Supreme Court of South Carolina's ruling in Evans v State 464 S.C. 495 (2005) and other applicable law that this Court Order disclosure and production of all petitions and materials presented to the grand jury, including but not limited to affidavits, audio recordings, and transcripts of testimony with respect to each of the three indictments of James Wolfe. Additionally, the Defense requests that the Court Order disclosure of the judge's order impaneling the grand jury which indicted him as well as the impanelment and supporting documents sufficient to verify that the impanelment complied with SC Code 14-7-1630..

Laquiere Law, Inc.

Eric B. Laquiere
3674 Old Charleston Hwy
Johns Island, SC 29455
843-556-2958
888-745-8449 fax
eric@laqlaw.com
Attorney for the Defendant, James Wolfe

Charleston, South Carolina
January 30, 2018

| STATE OF SOUTH CAROLINA<br>COUNTY OF CHARLESTON | ) IN THE COURT OF GENERAL SESSIONS<br>) FOR THE NINTH JUDICIAL CIRCUIT |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>Plaintiff, | ) CASE NO.: 2016A1010201318;<br>) 2016A1021000298; & 2017GS1007405 |
| vs. | ) **NOTICE OF INTENT TO WITHDRAW** |
| JAMES DOUGLAS WOLFE<br><br>Defendant. | ) **MOTION FOR DISCLOSURE AND PRODUCTION OF GRAND JURY MATERIALS** |

The Defendant, by and through his undersigned attorney, withdraws the motion entitled "Motion for Disclosure and Production of Grand Jury Materials". This motion is in error and cites incorrect legal authority. Please note for the record that the Defense withdraws this motion.

Laquiere Law, Inc.

Eric B. Laquiere
3674 Old Charleston Hwy
Johns Island, SC 29455
843-556-2958
888-745-8449 fax
eric@laqlaw.com
Attorney for the Defendant, James Wolfe

Charleston, South Carolina
January 31, 2018



| | |
|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF CHARLESTON | ) IN THE COURT OF GENERAL SESSIONS<br>) FOR THE NINTH JUDICIAL CIRCUIT<br>) |
| STATE OF SOUTH CAROLINA | ) CASE NO.: 2016A1010201318;<br>) 2016A1021000298; & 2017GS1007405 |
| vs. | )<br>) |
| JAMES DOUGLAS WOLFE | )<br>) **SUPPLEMENTAL RULE 5 REQUEST** |
| Defendant. | )<br>) |

The Defendant, by and through his undersigned attorney, requests pursuant to Rule 5 SCRCrimP and the Supreme Court of South Carolina's ruling in Evans v State 464 S.C. 495 (2005) that the State produce to the Defense all information relating to the impanelment of the county grand jury which indicted him in 2016 and the county grand jury which indicted him in 2017, as well as supporting documents sufficient to verify that the impanelment complied with SC Code 14-7-1510 et seq. and other requirements of the law of this State.

The Defense requests all information which exists regarding the two grand juries who indicted the Defendant including but not limited to information on creation of the original pool from which the grand juries were selected, the method of selection, the persons selected (including their race, sex, address within the county if available), and their impanelment.

Laquiere Law, Inc.

Eric B. Laquiere
3674 Old Charleston Hwy
Johns Island, SC 29455
843-556-2958
888-745-8449 fax
eric@laqlaw.com
Attorney for the Defendant, James Wolfe

FILED
2018 FEB -1 PM 4:19
CLERK OF COURT

Charleston, South Carolina
January 31, 2018

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON

INDICTMENT

At a Court of General Sessions, convened November 2017, the Grand Jurors of Charleston County present upon their oath:

UNLAWFUL CONDUCT TOWARDS A CHILD

That in Charleston County, South Carolina,between January 26, 2016,and March 23 2016 the Defendant, James Douglas Wolfe, while having charge or custody, or being the parent or guardian, or being responsible for the welfare of the minor child, E[redacted] W[redacted] did (1) unlawfully place the minor victim at unreasonable risk of harm affecting the child's life, physical or mental health or safety; or (2) unlawfully and maliciously do, or cause to be done, bodily harm to the child so that the life or the health of the child was endangered or likely to be endangered. This is in violation of Section 63-5-70, Code of Laws of South Carolina (1976) as amended.

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

DEBORAH HERRING-LASH
ASSISTANT SOLICITOR

DHL/0315608
**WITNESSES**

North Charleston Police Department

**AGENCY CASE NUMBER**
2016-008723

**ARREST WARRANT NUMBER**
2017-GS-10-07405

**DATE OF ARREST**
03/23/2016

**ACTION OF GRAND JURY**
**TRUE BILL**

*Foreperson of Grand Jury* NOV 07 2017 *Date:*

**VERDICT**

*Foreperson of Petit Jury* *Date:*

**DOCKET NO. 2017-GS-10-07405**

**The State of South Carolina**
**County of Charleston**

FILED
11/8/2017 3:03:50 PM
JULIE J. ARMSTRONG
CLERK OF COURT

**COURT OF GENERAL SESSIONS**
**NOVEMBER TERM 2017**

**THE STATE**

**VS.**

**JAMES DOUGLAS WOLFE**
**W/M DOB: [redacted]1990**

**Indictment for**

**UNLAWFUL CONDUCT TOWARDS A CHILD**

SC Code: § 63-05-0070
CDR Code: 2481

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON

INDICTMENT

At a Court of General Sessions, convened August 2016, the Grand Jurors of Charleston County present upon their oath:

**UNLAWFUL CONDUCT TOWARDS A CHILD**

That in Charleston County, South Carolina, between January 26, 2016 and March 23, 2016, the Defendant, James Douglas Wolfe, while having charge or custody, or being the parent or guardian, or being responsible for the welfare of the minor child, E[redacted] W[redacted] did (1) unlawfully place the minor victim at unreasonable risk of harm affecting the child's life, physical or mental health or safety; and or (2) unlawfully and maliciously do, or cause to be done, bodily harm to the child so that the life or the health of the child was endangered or likely to be endangered. This is in violation of Section 63-5-70, Code of Laws of South Carolina (1976) as amended.

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

**DEBORAH HERRING-LASH**
ASSISTANT SOLICITOR

DHL/0315608
**WITNESSES**

North Charleston Police Department

**AGENCY CASE NUMBER**
2016-008723

**ARREST WARRANT NUMBER**
2016A1010201318

**DATE OF ARREST**
03/23/2016

**ACTION OF GRAND JURY**
TRUE BILL

*Foreperson of Grand Jury* AUG 09 2016 *Date:*

**VERDICT**

*Foreperson of Petit Jury* *Date:*

**DOCKET NO. 2016-GS-10-04841**

**The State of South Carolina**

**County of Charleston**

**COURT OF GENERAL SESSIONS**

**AUGUST TERM 2016**

**THE STATE**

**VS.**

**JAMES DOUGLAS WOLFE**
**W/M DOB:** [redacted]

**Indictment for**

**UNLAWFUL CONDUCT TOWARDS A CHILD**

SC Code: § 63-05-0070
CDR Code: 2481

FILED
8/17/2016 9:22:11 AM
JULIE J. ARMSTRONG
CLERK OF COURT

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON

INDICTMENT

At a Court of General Sessions, convened August 2016, the Grand Jurors of Charleston County present upon their oath:

**INFLICTING GREAT BODILY INJURY UPON A CHILD**

That in Charleston County, between January 26, 2016 and March 23, 2016 the Defendant, James Douglas Wolfe, did inflict great bodily injury upon E[redacted] W[redacted] a child under the age of eighteen (18) years, in violation of Section 16-3-95(A) of the South Carolina Code of Laws (1976) as amended.

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

**DEBORAH HERRING-LASH**
ASSISTANT SOLICITOR

DHL/0315608
**WITNESSES**

North Charleston Police Department

**AGENCY CASE NUMBER**

2016-008723

**ARREST WARRANT NUMBER**

2016A1021000298

**DATE OF ARREST**

03/23/2016

**ACTION OF GRAND JURY**

TRUE BILL

AUG 0 9 2016

*Foreperson of Grand Jury* *Date:*

**VERDICT**

*Foreperson of Petit Jury* *Date:*

**DOCKET NO. 2016-GS-10-04842**

**The State of South Carolina**

**County of Charleston**

FILED
8/17/2016 9:22:11 AM
JULIE J. ARMSTRONG
CLERK OF COURT

**COURT OF GENERAL SESSIONS**

**AUGUST TERM 2016**

**THE STATE**

**VS.**

**JAMES DOUGLAS WOLFE**
**W/M DOB:** [redacted]

**Indictment for**

**INFLICTING GREAT BODILY INJURY UPON A CHILD**

SC Code: § 16-03-0095(A)
CDR Code: 2766